No. 18-2648

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

CITY OF PHILADELPHIA,

Plaintiff-Appellee,

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Defendant-Appellant.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania

## RESPONSE TO APPELLEE'S MOTION
## TO ENLARGE WORD LIMIT

CHAD A. READLER
  *Acting Assistant Attorney General*

WILLIAM M. MCSWAIN
  *United States Attorney*

MARK B. STERN
DANIEL TENNY
KATHERINE TWOMEY ALLEN
BRAD HINSHELWOOD
LAURA MYRON
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7325*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-5048*

In response to this Court's order of July 31, 2018, defendant-appellant, the Attorney General of the United States, submits this response to plaintiff-appellee's (the City of Philadelphia's) motion to enlarge the word limit.

1. The City moved to enlarge the word limit for the parties' principal briefs from 13,000 to 16,000 words. The Attorney General did not oppose the City's request on the condition that the Attorney General's reply brief be proportionally enlarged from 6,500 words to 8,000 words.

2. The Attorney General is not independently requesting that the word limits be enlarged, and is prepared to adhere to the standard word limits. We do respectfully request, however, that the word limits for the parties' principal briefs be the same, and also that if Philadelphia is permitted to file an overlength brief, the word limit for the reply brief be enlarged by 1,500 words.

3. Accordingly, if Philadelphia's motion is granted, the Attorney General respectfully requests that this Court set the word limit for both principal briefs at 16,000 words, and for the reply brief at 8,000 words.

Respectfully submitted,

CHAD A. READLER
  *Acting Assistant Attorney General*

WILLIAM M. MCSWAIN
  *United States Attorney*

MARK B. STERN
DANIEL TENNY
BRAD HINSHELWOOD
LAURA MYRON

 *s/ Katherine Twomey Allen*
KATHERINE TWOMEY ALLEN
  Attorneys, Appellate Staff
  Civil Division, Room 7325
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  (202) 514-5048

AUGUST 2018

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 178 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word 2013 in a proportionally spaced typeface, 14-point Garamond font.

s/ *Katherine Twomey Allen*
KATHERINE TWOMEY ALLEN

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished automatically by the appellate CM/ECF system on all other counsel.

s/ *Katherine Twomey Allen*
KATHERINE TWOMEY ALLEN
