UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2648
_____

CITY OF PHILADELPHIA,

                                              Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

_____

(District Court Civil No.: 2-17-cv-03894)
_____

SUR PETITION FOR REHEARING

Present: AMBRO, SCIRICA and RENDELL, Circuit Judges

We affirmed the District Court's order "to the extent it is supported by [our] opinion." Slip Op. 34. Our opinion does not pass on the declaratory judgment pertaining to the constitutionality of 8 U.S.C. § 1373, so we have no basis to either vacate or affirm that part of the District Court's order.

Accordingly, the motion of the Attorney General for panel rehearing is hereby **DENIED.**

                                            BY THE COURT,

                                            s/ MARJORIE O. RENDELL
                                            Circuit Judge

Dated: June 24, 2019
PDB/cc: All Counsel of Record